UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF NEW YORK**
Denny DeJesus 10-B-2030, Pro-Se
                              Plaintiff.

**16 CV 8470** EAW

Complaint
42 § U.S.C. 1983

                    V.

Anthony Annucci Acting
Commissioner of DOCCS, Carl
Koenigsmann Deputy Commissioner
Chief medical officer, Karen
Ballemy DOCCS Director of Inmates
Grievance program, Jeffery A. Hale
DOCCS Employee, John Doe
Superintendent of Five Points C.F.,
M.Thoms Deputy Superintendent of
Administration at Five Points C.F.,
John DOe Mental Health Unit Chief
at Five Points C.F., Mandi Schultz
Inmate Grivance program supervisor
at Five Points C.F., SGT. Atwood
at Five Points C.F., SGT. Apachy
at Five Points C.F., C.O.
A. Mccargon at Five Points C.F.,
C.O. John Doe at Five Points C.F.



                Defendants.

---

## CIVIL RIGHTS COMPLAINT
## WITH JURY TRIAL DEMANDED.

1.        This is a section 1983 action filed by Denny DeJesus,
10-B-2030 Pro-Se, a Prisoner alleging violations of his state
and federal constitutional rights all under the Fourth,Fifth,
Sixth,Seventh,Eighth, and Fourteenth Amendments and is seeking
Money Damages. The Plaintiff Requests a Jury Trial.

### STATEMENT OF JURISDICTION

2.        This is a civil action seeking relief and damages
to defend and protect the rights guaranteed by the constitution
of the united states. This action is Brought pursuant to 42
§ U.S.C. section 1983. This court has Jurisdiction over the
action pursuant to the Fourth,Fifth,Sixth,Seventh,Eighth, and
Fourteenth Amendments and 28 U.S.C. § 1331,1343(3) and (4),
and 2201.

### PARTIES TO THIS ACTION.

3.        The defendant Anthony Annucci is DOCCS Acting Commissioner
is and was at all relevant times herein responsible for the
operation and management of all DOCCS Employees and oversee's
all Correctional facilitys and Parole, and is in charge of
ensureing that plaintiffs, Fourth,fifth,sixth,seventh,eighth,
and Fourteenth amendments are not violated. The defendant was

Grossly negligent by ignoring copys of Grievances that were
sent to him to make sure that they got processed and not ignored,
in which some grievances were destroyed and all he did was
forward the letters to another defendant without properly
investigateing the issues at hand and in which the defendants
under him at DOCCS proceeded to perform unconstitutional acts
and took it upon themselfs to make sure "Insubordination"
"Obstruction of Governmental Administration" CPL § 195.00 and
Irrationality,Bordering on impropriety. He is being sued in
his Individual and Official capacity and at all times acted
under the color of state law.


4.      The Defendant Carl Koenigsmann is DOCCS Deputy
Commissioner Chief medical Officer, is and was at all relevant
times herein responsible for the Operation and management and
oversee's all C.F. Medical Operations and medical personal under
him. In which the medical and mental health staff under him
requirments were not met and my constitutional rights were
violated and "Insubordination""Obstruction of Govenrmental
Administration" CPL § 195.00 and Irrationality, Bordering on
impropriety took place. He is being sued in his Individual and
Official capacity, and at all times acted under the color of
state law.


5.      The Defendant Karen Ballemy is DOCCS Director of
Inmates Grievance Program is and was all relevant times herein
responsible for the operations and management of all Grievance
program supervisors at all facilitys and ahs the authority to
stop the plaintiffs Fourth,Fifth,Sixth,Seventh,Eighth, and
Fourteenth amendments from being violated, once she recieved
notice in which she did not stop even though multiple letters
and copys of grievances were sent to her, and anthony annucci
in which he forwarded them to her and she also lied by stateing
that my sexual assault grievance was forwarded on a certain
date to CORC but never was. She took it upon herself to make
sure that "Insubordination""Obstruction of Governmental
Administration" CPL 195.00 and Irrationality,Bordering on
impropriety took place. She is being sued in her individual
and official capacity, and at all times acted under the color
of state law.


6.      The Defendant Jeffery A.Hale is a DOCCS Employee is
and was at all relevant times herein responsible for the
operation and management of all "upon knowledge and belief"
CORC dicisions and assistant Director of inmate grievance program
for all facilitys and has the authority to stop plaintiffs Fourth,
Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments from being
violated. He took it upon himself to make sure that
"Insubordination""Obstruction of Governmental Administration"
CPL 195.00 and Irrationality,Bordering on impropriety took place.
He is being sued in his individual and Official capacity, and
at all times acted under the color of state law.


7.      The defendant John Doe is the Superintendent of Five

Points C.F. is and was at all relevant times herein responsible for the operations and management of all staff and supervisors includeing Administration under him at five points C.F., and has the authority and power to stop the plaintiff Fourth,Fifth, Sixth,Seventh,Eighth, and Fourteenth Amendments from being violated. He took it upon himself to make sure "Insubordination" "Obstruction of Governmental Administration" CPl 195.00 and Irrationality, Bordering on Impropriety. He is being sued in his Individual and Official capacity and at all times acted under the color of state law.

8.      The Defendant M.Thoms is Deputy Superintendent of Administration of Five Points C.F. and was at times herein responsible for the operations and management of all staff under him and supervisors including Administration under him at five points C.F. and has the power and authority to stop plaintiff Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments from being violated. He took it upon himself to make sure "Insubordination""Obstruction of Governmental Administration" CPL 195.00 and Irrationality,Bordering on Impropriety. He is being sued in his Individual and Official capacity and at all times acted under the color of state law.

9.      The Defendant John Doe is Mental Health unit chief at Five Points C.F. and at all relevant times herein responsible for the operations and management of all mental health staff and supervisors and has the authority and power to stop the plaintiff Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments from being violated. He/She took it upon thereself to make sure "Insubordination""Obstruction of Governmental Administration" CPL 195.00 and Irrationality,Bordering on Impropriety. He is being sued in his Individual and Official capacity and at all times acted under the color of state law.

10.     The Defendant Mandi Schultz is Inmate Grievance Supervisor at Five Points C.F. and was at all times relevant herein responsible for the operations and management of the Grievance Program which includes but not limited to, Processeing, recieveing, and forwarding to the next phase once deadline is past and giving dicisions upon investigations. She has the power and Authority to forward past deadlines dicisions such as Superintendent appeal dicisions to the next phase which was CORC upon notice. She took it upon herself to make sure "Insubordination""Obstruction of Governmental Administration" CPL 195.00 and Irrationality,Bordering on Impropriety took place. She is being sued in her Individual and Official capacity and at all times acted under the color of state law.

11.     The Defendant SGT. Atwood is a sargeant at Five Points C.F. and was at all times relevant herein responsible for the Supervisory conduct of neglect and dereliction of duties. He took it upon himself to make sure "Insubordination""Obstruction of Governmental Administration" CPL 195.00 and Irrationality, Bordering on Impropriety took place. He is being sued in his Individual and Official capacity and at all times acted under

the color of state law.

12.     The Defendant SGT. Apachy is a sargeant at Five Points C.F. and was at all times relevant herein responsible for the supervisory conduct of neglect and dereliction of duties. He took it upon himself to make sure "Insubordination""Obstruction of Governmental Administration" CPL 195.00 and Irationality, Bordering on Impropriety took place. He is being sued in his Individual and Official capacity and at all times acted under the color of state law.

13.     the Defendant C.O A. Mccargon is a corectional Officer at Five Points C.F. and was at all times relevant herein for the "Insubordination" and violations of Correctional law 112,212,137,138, (7NYCRR). He is being sued in his Individual and Official capacity and at all times acted under the color of state law.

14.     the Defendant C.O John Doe is a Correctional Officer at Five Points C.F. and was at all times Relevant herein for the "Insobordination" and Violations of Correctional law 112, 212,137,138, (7NYCRR) and for the sexual assault on the plaintiff and harm caused by the sexual assault by the defendant. He is being sued in his Individual and Official capacity and at all times acted under the color of state law.

## PREVIOUS LAWSUITS IN FEDERAL COURT.

15.     The plaintiff has a section 1983 pending trial on the date of october 31st 2016 and was just appointed counsel on 6-3-16. The case name is DeJesus V. Bradt el al, case number 6:13-cv-06066-EAW-JWF. The case is in the western district court of new york, and the case was filed on approx 2-8-13 and was referred to HON. Johnathan W.Feldman and was then Assigned to HON. Elizabeth A. Wolford.

## FACTS.

16.     On june 12th 2015 approx 12:50pm i started my way to law library which was Mod-2, when i reached the medal detector i handed the Officer my legal mail and walked threw the medal detector and didnt ring i continued to walk to law library but wa then pulled over by C.O John Doe for what i thought was a random pat-frisk but i thought wrong, because once he started to pat-frisk me and he got to my mid-section he places his left hand in my pants and boxers and not only fondled but also squeezed my testicals and penis and afte creating the excruciating pain, he held my testicals and penis for a few seconds then asked me "you like that freak" While the lost ability to scream hung in the air. The incident lasted approx 15-20 seconds. After the assault finished i continued to the law library although i had to deal with the pain to my testicals and penis. When law library finished i went back to my cell in which i noticed blood in my urine and felt a stinging sensation when i urinated

and i noticed that my testicals were swollen and they hurt alot.
Which makes the Defendant liable under the Fourth,Fifth,Sixth,
Seventh,Eighth, and Fourteenth Amendments, also under penal
law § 70.02 1 (a) "sexual abuse,Aggravated".


17.    On june 12th later on in the day i wrote to sick call,
informing them that i wanted to speak to mental health and see
a docter regarding a incident that happened to me that i got
injured.


18.    On 6-14-15 at approx 1:00am i was escorted out of my
cell to the interview room in 10 block, in which SGT. Atwood
and another SGT. wanted to know what the sick call slip wasa
about, and when i explained to SGT. Atwood that i didnt feel
comfortable talking to him about it because i feared retaliation
of being set-up because im reporting a incident involving a
C.O he then used threats of placeing me in restriction untill
i explained the incident that i wrote to sick call about. Once
he threatened me i explained what happened to me although i
didnt feel comfortable in telling him but didnt want to be put
in restriction. Which makes him liable under the Fourth,Fifth,
Sixth,Seventh,Eighth, and Fourteenth Amendments


19.I was then escorted by a LT. to the infirmary once i agreed
to go and when i got there i talked to what i assume was a male
"nurse" and he asked me what happended and i explained and he
said he wanted to obtain a urine sample so i agreed. At approx
2:45am the urine dip came up positive for blood in my urine.
Then i was told by the nurse that i would be staying the
night and he gave me Ibeprofen for my pain and discomfort to
my testicals and penis in which i feel the cure is more damageing
then the  illness. Which makes  carl Koenigsmann Deputy
Commissioner Chief Medical Officer liable under the Fourth,Fifth,
Sixth,Seventh,Eighth, and Fourteenth Amendments for not properly
training Medical staff and for the Supervisory conduct of neglect
and dereliction of duties.


20.    On 6-15-15 i seen a nurse in which she obtained another
urine sample and i gave to her at approx 9:30 - 10:00am.


21.    On 6-15-15 at approx 11:00am i seen a docter in which
asked me what happended and i explained and she checked my
testicals and penis and noticed that my testicals were swollen.
I then asked the nurse if there was still blood in the urine
sample she obtained earlier and she said yes a little, then
the docter informed me that mental health could not see me
that day but will see me very soon mental health told her which
she told me. which makes mental health unit chief liable under
the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments,
for ignoring not only letters to her but also referrals from
Different employees at five points C.F. and a diagnosis from
a docter that basicly ordered for me to see mental health But
didnt untill 12 days after the prescribed date of the docter.

22.     On 6-15-15 at approx 12:45pm i returned back to my cell in 10 block, and the nurse gave me more Ibeprofen before i left the infirmary for my pain and Discomfort to my testicals and penis. Which makes C. Koenigsmann Deputy Commissioner Chief Medical Officer liable for not properly training officials under him in the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth *not* Amendments. For not properly medicating me but also processing my injurys and treating me properly and he is responsible for the supervisory conduct of neglect and dereliction of duties.

23.     On 6-16-15 i wrote to sick call to go see them because i ran out of pain medication "Ibeprofen". In which on 6-18-15 i seen a nurse in which she gave me more Ibeprofen for my pain to my testicals and penis.

24.     On multiple times i wrote to mental health to speak to someone regarding my sexual assault incident and referrals were sent also for me to see mental health, and the superintendent was on notice by letters sent to him from me to see mental health in which he let mental health know "upon knowledge and belief" that i neede to speak to mental health due to a sexual assault incident that happend to me and i did not see mental health untill 2 weeks after the incident, even though a docter basicly ordered for me to speak to mental health on 6-15-15. But i didnt speak to mental health untill 6-26-15, in which the mental health unit chief is liable under the Fourth,Fifth, Sixth,Seventh,eighth, and fourteenth Amendments. Also for the supervisory conduct of neglect and dereliction of duties.

25.     The proper medical and mental health procedures were not followed and staff was not properly trained to take care of a PREA victem, in which C. Koenigsmann is liable under the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments.

26.     On approx 7-11-15 around approx 2:00pm i was called down to the interview room in 10 block, once down there SGT. Apachy asked me about a grievance i filed regarding cameras dissappearing so i explained because he asked what i needed the camera footage for and i told him to prove that i talked to a SGT. on 6-21-15 about wanting to speak to mental health and not seeing them even though i got sexually assaulted. He then asked me by who was i sexaully assaulted by and i told him one of his officers. Then he asked me if i told anyone else that i wanted to speak to mental health and i said yes i told a docter,nurse's and a SGT., he then asked me what SGT. and i told him SGT.Atwood. So after we finished talking he said i could go back to my cell, then at approx 3:20pm i got a cell search by 2 Officers in which Sgt. Atwood was the Block SGT.. The Officers searched only my property and C.O Mccargon threw some of my property away such as pen.highlighters,paper,marker,3 cassette tapes, and Koss R-10 headphones in which C.O Mccargon did not place none of those items that he took from my cell on the search slip, in which he should have but didnt. My cell

was trashed from the floor up only with my property and on the way out C.O Mccargon said to me "Write that up" and left with the other C.O. In which that is considered retaliation due to my sexual assault claim and trying to intimidate me to not write no more grievances or to write up C.O's. Which C.O. Mccargon and SGT. Atwood and SGT. Apachy is liable under the Fourth,Fifth, Sixth,Seventh,Eighth, and Fourteenth Amendments.

27.     Due to my Grievances not getting filed i sent copys to Anthony Annucci and also notification of a certain Grievance that i wanted to be forwarded to CORC due to the pass of the deadline of the superintendent dicision, but he never responded and forwarded those letters to Karen Ballemy in which she tried to cover up the pass of deadline. Which makes him liable under the Fourth,Fifth,Sixth,Seventh,Eighth, and fourteenth Amendments for not only supervisory conduct of neglect and dereliction of duties but also not acting when put on notice of wrong doing that was happening to me by not only staff but DOCCS employees under him and failed to correct the wrong.

28.     On multiple dates my foil requestes for camera footage was denied due to equipment malfunction, which i was told but "upon knowledge and belief" he was destroying and desgarding of camera footage so i have no evidence to back up my not only my grievances but also proof of me speaking to certain employees at five points C.F. but also to help me fight this 1983 claim. The deputy superintendent of Administration M.Thoms is liable under the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments for supervisory conduct of neglect and dereliction of duties.

29.     On multiple dates i wrote to M.schultz not only about some grievances not being filed, but also my sexual assault not being forwarded to CORC and bypas the Superintendent dicision due to untimely dicision and the superintendent not responding. Although she has the power and Authority to forward the grievance to CORC she failed to correct the wrong and let such wrong doing continue although i notified her threw not only letters, but also "upon knowledge and belief" Albany notifying her because Albany was on notice of the violations that were accuring but she failed to correct the wrong. On approx dec-1 2015 i put in a grievance regarding me receiveing my superintendent dicision extremly passdue and she responded that she didnt know that the superintendent didnt answer although i wrote her multiple times asking and informing her to forward the superintendent appeal to CORC but she failed to correct the wrong which makes her liable under the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments, for also supervisory conduct of neglect and dereliction of duties.

30.     On multiple dates i wrote to not only Anthony Annucci that notified the defendant karen ballemy but also i notified Karen Ballemy of the violations threw letters that were occuring with not only my grievances being destroyed but also my grievance not being forwarded to CORC due to pass of deadline for the

superintendent dicision which was the sexual assault grievance.
Also she lied about grievances being forwarded on certain dates
which never happended and is false. Which makes her liable under
the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth Amendments,
and for also supervisory conduct of neglect and dereliction
of duties.

31.     On 6-12-15 i had a incident in which i was sexually
assault, and i wrote a grievance and let the superintendent
know of the violations that have occured to me threw letters
and also let him know of other issues that have occured that
are also in this claim which include but not limited to mental
health,retaliation,and cameras dissappearing, but not only did
he not respond to my sexual assault grievance untill over $3\frac{1}{2}$
months past the deadline, but also when he did give his dicision
he lied and tried to cover up the sexual assault that happended
to me by stateing that he found that i was in retailiation on
the officer for a ticket i received on a certain date in which
CORC reversed because i never received a ticket on the date
he put but a year before that he reviewed the video footage
and he came to the dicision that i never got pat-frisked, which
is false because my family has a copy of the video footage and
they seen me get pat-frisked on the video footage. Which makes
the superintendent liable under the Fourth,Fifth,Sixth,Seventh,
eighth, and fourteenth,  Amendments and for supervisory conduct
of neglect and dereliction of duties.

32.     On approx 2-10-16 the CORC dicision was concluded by
Jeffery A Hale in which he lied and agreed with the superintendent
dicision on my sexual assault grievance, concluding that i did
not get pat-frisked. If he did actually view the camera footage
he would have seen that i did in fact get pat-frisked and seen
the officer that pat-frisked me as i stated in my appeal to
CORC but he failed to do so, in which he lied and agreed with
the superintendent dicision. Also he responded to one of my
letters to Anthony Annucci for Karen Ballemy in which he
contradicts what Karen Ballemy stated in which she said that
my sexual assault grievance was forwarded to CORC on july 19th
2015 due to the pass deadline of the superintendents dicision
but was never forwarded as Karen Ballemy states, because on
august 4th 2015 Jeffery hale responded to a letter for karen
ballemy that Anthony Annucci forwarded to her and he stated
that the superintendent did not make his dicision yet on the
sexual assault grievance yet which contradicts what Karen Ballemy
said about it was forwarded to CORC. Which make Jeffery A Hale
liable under the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth
Amendments also for supervisory conduct of neglect and dereliction
of duties.

33.     Jeffery A Hale also denied all other CORC appeals
regarding,retaliation,cameras being down, and cameras being
down and cameras costing to much in which i feel he also tried
to cover up the facts in which i said in the grievances and
denied all CORC appeals on those said issues"upon knowledge
and belief" which makes him liable under the Fourth,Fifth,
Sixth,Seventh,Eighth, and Fourteenth amendments.

34.     On 2-10-16 my CORC dicision was made and i received
it later on in the week, on the CORC dicision they not only
tried to cover up the sexual assault incident but by saying
that they reviewed the camera footage and did not see me get
pat-frisked "in other words" because if they really did take
the time to review the camera footage of my sexual assault they
would have seen that i got pulled over and pat-frisked by a
C.O, like i will show the court in due time. Not only is the
superintendent liable under 1983 for lieing and trying to cover
up my sexual assault, but also Anthony Annucci for being the
boss of all DOCCS employees including CORC and Karen ballemy,
and the rest of the defendants in this 1983 claim. Anthony Annucci
is liable because not only was he on notice but also the
employees under him failed to remedy the wrong, in which he
being on notice failed to correct the wrong that they committed
and let such actions continue, which makes him liable under
the Fourth,Fifth,Sixth,Seventh,Eighth, and Fourteenth amendments.

35.     Also i did not see not see Inspector General, which
now is called "OSI" Office of Special Investigations untill
i got transfered to marcy C.F. and i spoke to Dep.Kozak which
"upon knowledge and belief" is the PREA corridinator for the
Hub, which was approx $2\frac{1}{2}$ months later or longer from the incident.
None of the Defendants tried to contact OSI to inform them of
my sexual assault incident by a officer. Not Anthony Annucci,
Karen Ballemy,the superintendent of five points, the mental
health unit chief,Mandi schultz, or SGT.Atwood got in contact
with OSI "upon knowledge and belief" although they all knew
of my sexual assault incident threw the grievance or letters
to them or higher authority informing them. Which makes them
liable under the fourth,Fifth,Sixth,Seventh,Eighth, and
Fourteenth amendments also for supervisory conduct of neglect
and dereliction of duties.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

36.     On 6-26-15 my grievance regarding sexual assault was
filed, i recieved the superintendent dicision on approx 11-30-15
and i appealed, but also i wrote a grievance to make sure it
got forwarded to CORC and not curtailed like the superintendent
intended. On approx Feb-10-2016 i received the CORC dicision
in which reversed the superintendents dicision in part.

37.     On approx 7-14-15 i wrote a grievance regarding retaliation
on 8-21-15 igrc made there dicision and i appealed to the
superintendent and received his dicision on approx 9-20-15 and
i appealed to CORC and i received the dicision on 1-27-16.

38.     On approx 7-17-15 i wrote a grievance regarding non-
working cameras, i received the IGRC dicision and i appealed
to the superintendent then after i recieved the superintendents
dicision on 9-11-15, and i appealed to CORC and received the
dicision on 11-18-15.

39.     The court should grant relief requested to not only
prevent the plaintiff but also other inmates from being sexually
assaulted and also retaliated against for grievances that they
might file or from reporting certain incidents regarding
correctional officers when they are in the wrong and not be
punished or set-up for it like the defendants did to the plaintiff.

WHEREFORE, plaintiff prays for judgement in his favor and damages
in his favoer against the defendants in the amount suffucient
to compensate him for not only the pain and suffering he had
to go threw but also the humiliation and mental anguish the
defendants made the plaintiff suffer due to the deliberate
indiffernce and intentional disregard for his health and civil
rights but also cruel and unusual punishment. The plaintiff
preys for damage in the amount of 1,500,000 and such additional
relief as this court may deem just and proper.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

Executed on: June 24th,2016

Respectfully Submitted,

Denny De Jesus 10B2030

Denny DeJesus 10-B-2030,
Marcy Correctional Fasility
P.O box 3600
marcy,NY   13403

☒ first Grievance Wrote and
Sent to IGRC on 6-12-15

formal Complaint

TO: Superintendent

TO: IGRC        ☒ this is the Second Grievance for the        6-26-15
Some Issue Because did not Recieve Response

Incident— my Reason for Writeing this Grievance is to
Report a incident that Happened to me on 6-12-15 around 100pm
Mod-2, which is 1 of two incidents that Happened with the Same
C.O, the incident Before this one I don't Remember the exact date
But I Have had Special access for appone 2 Weeks Before the
incident and to the Best of my Knowledge, either mod-1 or mod-2
during those two Weeks of Special access he was there Searching
and the Same incident Happened that I am about to explain.
Around 12:50pm On 6-12-15 I was on my Way to law library for
my Special access, once I made it to the medal Detector Right
Before the gate of the IGRC office, and general library and law-
library I walked threw the medal Detector and grabed my
law work and was pulled over By a Correction's officer, which
ordered me to get on the wall and put my legal papers on the
floor, in which I Complied, once I placed my legal papers on the
floor I placed my Hands on the wall, then he ordered me to
Step Back in which I Complyed and then told me not to move,
He then asked me my Cell location and I Responded 10Block-B2-33J
Upon which he looked at my I.D, then he Stated that How long
Have I Been in this prison and If I was muslim, I Respond about
☒ two years and yes I am muslim, I don't Know what was the
Relevancy of Askins if I was muslim or How long I Been in this
Jail But I guess he asked if I was muslim because it was Jumott
Friday and there was alot of muslim's going to Jumott, He then
Started to pat frisk me He Started at my neck, then my arms and
Back and chest, then He went to my lower Half He proceeded

(1)

(Page 2 of grievance)

To place His left Hand in my Pant's While with His Right Hand He was checking my Zipper area while Holding my pant's out, So with his left hand he was not only Squeezing my testicals But Also my penis, and also fondling and groping, He caused pain to my penis and testicals Which caused me pain and Burning Sensation when I pissed But Also I pissed Blood a couple time's, which medical is aware of, and took Samples Which did contain Blood. 2 different samples Had Blood in the urine as I was told and I notice Before my urine was light Redish pink color and it Burned, he Had His Hands in my pants for approx 20 second's, He also put his Hand threw my Crack of my Buttock's. I Have Been Violated By this C.o and Trematized By these event's that Have occured to me. it is not in a C.O. Job Description to grab, Squeeze, fondle, grop, or Stroke another man's penis or testical's, let Alone put His Hand's inside my pant's, Because per Directive "4910" the C.o is to pat frisk me from a top my clothing not place his Hand within my pant's and Squeeze, grope, fondle, Stroke or grab my penis or testical's and per Directive "4910" if for Some Reason the C.o. is to Have Reason or Happen to feel Something on me that he feel's Should not Be he is to Report it to the area Supervisor, Sgt or Higher in which I will Be taken to a secluded area for me to Strip my Self in front of the officer and Supervisor and even then the officer is to not touch me only my clothing. and if this is to Happen it must Be loged. After He took His Hand out my pant's he again touched my penis and testicals When he pat frisked my leg's When he Started at my testicals and

(2)

(page #3 of grievance)

and penis and went down my left leg and then did the same to my Right leg, I did not move while he searched me even tho How embarrassed I was that he grabed my penis and testicals and the pain I felt when he squeezed my penis and testicals, Because he not only ordered me not to move, But also if I did move he would of thought that I wasn't complying with the search/patfrisk and the last thing I want is to move and I get throwen on the floor and taken to the Box for moving and not complying with the Patfrisk or Direct order Because He ordered me not to move. So I Held the pain in and the mental anguish I Have Rethinking the incident that occured. Also the incident prior to this one was with the same officer, But that incident he did not squeeze my penis and testicals, But he did grope, fandle and grabed my penis and testicals But that incident was not as long approx 5 seconds long, But I do not Remember the exact date But I know it was within two week's of (6-12-15 incident, On either mod-1 or mod-2 program Run's, Also to make matters even worse the C.o. did not change his gloves Before he frisked me, which if the Inmate he searched Before me Had any disease, infection, Bacteria or any germs on Him, due to Him touching my testicals and penis and squeezing, fandling, groping, Stroking I Could Have those germs Bacteria, disease and infection on me due to Him not changing his gloves. Also I want it to Be noted and put on Record that I Have been in Nys Docs For approx over 4 1/2 years and Have never Been written a misBeHavior Report for no

(3)

(Page #4 of Grievance)

Contra Band found in my cell or on my person and
Just ~~~~~. On 6-11-15 I Had a Cell Search, So I
Want it on Record that I fear Retaliation for this
Complaint that I put in and filed! This Retaliation may
not Just Come from Co's But any officer that works at
the Facility, So for the Record I fear Reprisal from all
five points employees, Because many if not all employees will
Be aware of my Complaint and I will Be targeted.

Action Requested! I Request that the Co not Be ABle
to pat frisk any Inmates Untill he is properly trained to pat
frisk Inmates, and I Dont ever want to be pat frisked By
Him ever again and no Contact what so ever. Also I Request
the footage of Camera CS-521 and CS-523, date 6-12-15
the time Between 12:45pm-1:15pm. And that this grievance
Be properly Processed.

I Swear under the penalty of purjery that the ~~~~~
forgoing is true and correct

C.C. my file
Superintendent
AlBany
Home

Respectfully Submitted,
Denny De Jesus
10B2030
10-B2-33T

Date 6-26-15
Romulus, NY 14541

(4)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. FPT-30438-15 | | DATE FILED 7/1/15 |
|---|---|---|---|
| | FACILITY Five Points Correctional Facility | | POLICY DESIGNATION I |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE Sexual Harassment | | CLASS CODE 49 |
| SUPERINTENDENT RESPONSE | SUPERINTENDENT'S SIGNATURE | | DATE: 10/14/2015 |
| GRIEVANT: Dejesus, D. | DIN# 10B2030 | | HOUSING UNIT Marcy C.F. |

The grievant is advised that the allegations contained in this complaint have been investigated both as a grievance and a PREA.
During the investigation of the PREA, it was found through the video system that inmate Dejesus was never pat frisked. All the allegations made was found to be false and misleading and appeared to be in retaliation by him for a misbehavior report he had received and found guilty on, for an incident that took place on 5/6/15. In response to the complaint concerning the sexual abuse hotline we have never received any complaints of the system not working. The system was checked and found to be in good working order. Upon review of the information submitted, no misconduct by staff was found and no further action will be taken at this time. Grievance is denied.

**RECEIVED**

**OCT 19 2015**

**IGRC**

**IGRC: RECEIPT ONLY**        **received**
12-7-15  JB

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) working days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

See   Attached   Paper →

_Denny A. Jesun_   10 B2030 _____   11-30-15
Grievant Signature                                              Date

_____   JB                                          12/9/15
Grievance Clerk's Signature                                   Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g)
FORM 2133 (02/15)

Denny De Jesus
10B2030

Attached paper of appeal

11-30-15

Hi I am appealing this Decision Because not only is the Superintendents Review and Decision Completely false, But not only was I not written a misbehavior Report on 5-10-15 which is false, But my last ticket was approx around the Beginning of 2014 So not only is that part of the Superintendents Dicision false But it never took place, Also the Video will show me getting pat frisked and Being Sexually Abused, By An officer, in which you can See Him place His Hand in my pants and Hold it in my pants for approx 20 seconds. Take a leek A foil Request - UF-15- ole-ole, which is Being Held By Dep. Thomas for me for one year untill I Can pay for the video and in that video it will show my allegations, are True. Also, The Hotter was Down at one point and other grievances were filed not Just mines which I am foiling now. The Superintendent Dicision is false and was not proposly investigated, And he is trying to Hide the Truth like Dep Thomas is. I pray my appeal is granted and please informe me when my appeal is Recieved.

⊠ foil Request VF-15-06-11 Shows the incident Also,

C.C.- my file
Albany
Inmate Grievance Clerk.

Respectfully Submitted,
Denny De Jesus
10B2030

SUPPORTING DOCUMENTATION

| | Grievance Number<br>FPT-30438-15 | Desig./Code<br>1/49 | Date Filed<br>7/1/15 |
|---|---|---|---|
| NEW YORK STATE **Corrections and Community Supervision** | Associated Cases | | Hearing Date<br>2/10/16 |
| ANDREW M. CUOMO ANTHONY J. ANNUCCI<br>Governor Acting Commissioner | Facility<br>Five Points Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM**<br>**CENTRAL OFFICE REVIEW COMMITTEE** | Title of Grievance<br>Sexual Harassment | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted in part.

CORC notes that the grievant could not identify the officer that allegedly sexually assaulted him on 6/12/15. It is noted that the videotape was reviewed, however, his allegations remain unsubstantiated. In addition, the sexual abuse hotline system was checked and found to be in working order.

It is noted that his allegations of sexual abuse are currently being investigated by the Office of Special Investigations.

With regard to the grievant's appeal, CORC notes for clarification that he received a MBR on 5/6/14 not 5/6/15 as alleged. CORC also notes that the investigation was conducted in accordance with Directive #4040, and that he has since been transferred.

RAL/mm

---
---

This document has been electronically signed by Jeffery A. Hale

Grievance Regarding Retaliation:

To: IGRC
   Superintendent
   Albany
P.S- Prisoner's legal
   Services - Kristina
      moon

7-14-15

Incident: On 7-11-15 Sgt Gpachy 10 Block messHall
Sgt got my grievance from a Captain I Dont know
His name But he Called me down to the
interview Room, when I entered he told me
to give him a minute, to Read the grievance,
he started to tell me that even tho I could
See the camera working on the monitor
in the Block Doesn't mean that they are
working, So he asked me why do I need
that footage and I explained that the video
shows me speaking with A Sgt on 6-21-15
Regarding me not Seeing mental Health for a
PreA incident, he started to explain Because of
the man Hunt they had alot of People out looking
for them, And I also told him that I informed
Other Sgts and nurses and Doctors that I
wanted to speak to mental Health, and I told
him Sgt Allwood was the Sgt that started my
Investigation Regarding My PreA incident and that

( 1 )

Page #2 of Retsliation Glievance

7-14-15

I informed him that I wanted to speak to mental Health multipu times. And I told him I just want to know why the camera was down and want the sgt to say that I talked to him on 6-24-15 Regarding the mental Health. And he wrote it down, then he Read the part on my Glievance that sis that I Have no weapon's or drug's in my cell And he asked why I put that, I told him just incase of Retsliation and he said that me putting that went save me if the c.os find something in my cell I told him I know But I Dont Have nothing and it will Help me Show Retsliation if Something Does Happen to me Because I Been in other jails And I Know what Happen's to inmate's that wr.t up c.os or officers. we Had a few other ward's But Dont Reelly Remember, then I left and went Back to my cell, approx around 3:20pm threw 4:20, they opened my cell dons and come to search my cell, the c.os that searched my cell not only searched just mostly my side of my thing's in my cell, But Also the c.os threw somethings away

(2)

Page #3 of Retaliation grievance

7-14-15

that were mine's like Spoons, Highlighter, marker, ect And they did not place it on my Contra Band Slip, Also I feel that, that Search of my cell was in Retaliation Because I informed Sgt Apachy that I informed Atwood that I wanted to Speak to Mental Health But never Seen them untill 2 weeks later so that made Atwood aware and Sent the C.O's to search my cell and target my Itemi's and not put on the ContraBand Slip the Itemi's that they took out of my cell. I fear that I will Be targeted alot more now that the Retaliation Started. I fear I will Be Set up and taken to the Box or and Be Harressed and Retaliated against alot more. And might Be written a misBehavior Report Soon, I fear Retaliation not only from C.O's But All five points employee's.

Action Requested: I want to know if the cell Search was A RanDom from Albany or the front offie or Did the Sgt order it who

(3)

<u>Page #4 of Retaliation Grievance</u>

TO: Albany
    IGRC
    Superintendent

7-14-15

Ordered the Search? and I want the
video Camera #CS-252 date of 7-11-15 time
approx Between 3:20pm @ threw 4:20pm Be
preserved for me to purchase, Also I want
Camera # CS-014 and CS-015 on the date of
7-11-15 time Between 12:45pm Threw 1:25pm
To Be preserved for me to purchase and microphone #
m-08 date of 7-11-15 time Between 12:45 Threw 1:25pm
I want to not Be Retaliated against for writeing
Grievance's Because it is my Right And I want it
put on Record that this Grievance is to Show
Retailiation and is only the Begining, I fear that
I will Be set-up for writeing not only this Grievance
But many others that I filed. And the Retaliation
Stems from my "PreA" Sexual Abuse Claim
Grievance I put in against A officer! I fear not
Only for my life But Being set-up Also!

C.C. Albany
    IGRC
    Superintendent

Respectfully Submitted
Denny De Jesus
10B2030
10-B2-33T

(4)

FORM 2131 (REVERSE) (REV. 11/11)

## RESPONSE OF IGRC: FPT- 30538-15                                    **August 21, 2015**

    Grievant complains that a cell search was not properly conducted. In response, the Captain states that he investigated the matter and found no misconduct by staff and "no evidence to substantiate" grievant's allegations. Given the Captain's response, the IGRC can take no further action at a committee level.

**Grievance denied**

DATE RETUNED TO INMATE _____8/26/15_____   IGRC MEMBERS _____

CHAIRPERSON _____

RETURN WITHIN 7 CALENDAR DAYS AND CHECK APPROPRIATE BOXES.*

[X] I DISAGREE WITH IGRC RESPONSE AND WISH TO          [ ] I HAVE REVIEWED DEADLOCKED RESPONSES.

    APPEAL TO THE SUPERINTENDENT                          PASS THRU TO SUPERINTENDENT

[ ] I AGREE WITH THE IGRC RESPONSE AND WISH TO          [ ] I APPEAL TO THE IGP SUPERVISOR FOR

    APPEAL TO THE SUPERINTENDENT                          REVIEW OF DISMISSAL

SIGNED _Denny R. Jerus  10 B2030_                                    _8- 31-15_

                        GRIEVANT                                                            DATE

             GRIEVANCE CLERK'S RECEIPT                                          DATE

TO BE COMPETED BE GRIEVANCE CLERK.

GRIEVANCE APPEALED TO THE SUPERINTENDENT                    _____

                                           DATE

GRIEVANCE FORWARDED TO THE SUPERINTENDENT FOR ACTION          _____

*AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER DIRECTIVE #4040, SECTION 701.6(g)



| **NEW YORK STATE** Corrections and Community Supervision | GRIEVANCE NO. FPT- 30538-15 | | DATE FILED 7/27/15 |
|---|---|---|---|
| | FACILITY Five Points Correctional Facility | | POLICY DESIGNATION I |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE Improper Cell Search | | CLASS CODE 25 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE 9/10/15 |
| GRIEVANT: Dejesus, D. | | DIN # 10B2030 | HOUSING UNIT Marcy CF |

Your grievance was investigated by the IGRC committee and a security supervisor with involved staff interviewed and submitting written statements denying all allegations. You offered no rebuttal to the decision in this case or points that need to be addressed. There is no substantiated evidence to support your appeal.

Appeal denied.

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

First off I was never given a chance to Rebuttal the Dicision at A IGRC Hearing, and Also the camera's that Recorded All the proof I Had disappear due to a Supposedable equipment malfuntion, in which I know the camera's Were destroyed to Hide the evidence that Were on the camera's I failed.

_Dennyn D. Jesus       10B2030_                      9-17-15  (Recieved this Today)
Grievant's Signature                                   Date           legilmai'

_____                      _____
Grievance Clerk's Signature                           Date

FORM 2133A (Rev 2/89)

| | | Grievance Number<br>FPT-30538-15 | Desig./Code<br>1/25 | Date Filed<br>7/27/15 |
|---|---|---|---|---|
| NEW YORK STATE | **Corrections and**<br>**Community Supervision** | Associated Cases | | Hearing Date<br>1/27/16 |
| ANDREW M CUOMO<br>Governor | ANTHONY J. ANNUCCI<br>Acting Commissioner | Facility<br>Five Points Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM**<br>**CENTRAL OFFICE REVIEW COMMITTEE** | | Title of Grievance<br>Improper Cell Search | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that CO M... frisked the grievant's cell on 7/11/15 as authorized by the DSS, and denies throwing away or damaging his property. The grievant, nevertheless, retains his right to pursue this matter further through the inmate claims mechanism as set forth in Directive #2733. It is noted that his concerns regarding housing unit cameras and OMH referrals were addressed in FPT-30464-15 and FPT-30543-15, dated 10/28/15 and 11/18/15, respectively.

CORC notes that Directive #4040, § 701.6 (b) states, in part, that no reprisals of any kind shall be taken against an inmate or employee for good faith utilization of this grievance procedure. An inmate may pursue a complaint that a reprisal occurred through the grievance mechanism. CORC advises the grievant to address safety matters to area supervisory staff at the time of incident for any remedial action warranted. He is further advised that he may initiate a FOIL request for consideration to obtain the video tapes he is requesting in accordance with existing facility procedures.

With respect to the grievant's appeal, CORC notes that he had the opportunity to submit an appeal statement when he returned the IGRC response on 8/31/15. CORC has not been presented with sufficient evidence of malfeasance by staff, and notes that he has since been transferred.

CMV/
------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------

This document has been electronically signed by Jeffery A. Hale

Inmate Grievance Complaint

TO: IGRC
Superintendent
Albany

7-17-15

Incident: My Reason for this Grievance is
Because I Recently foiled some more Camera's,
and again they were down due to equipment
malfunction, How is it that this is one of
the newest facility But yet the Camera's don't
work? and to make matters worse this is An
on going thing with Camera's Being Down and
not working. I feel that dep. Thoms that is
in charge of the foil office and Responses
is destroying the video footage. Because the video I
asked for on 7-11-15 foil Request VF-15-07-06
which I got a Response saying that the video
was not to be preserved due to and equipment
failure, But I feel Dep. Thoms is Choosing what video
footage to Be shown and preserved due to what is
on the video, which the Camera's I foiled show me
talking to Sgt. Apachy About my other foil Request
grievance, which my Camera's I asked for Had equipment
malfunction also, But I informed Sgt. Apachy About
why I need the video and I informed Him that
the video will show that I talked to a Sgt on
6-21-15 About me not seeing mental Health
immediatly for a Sexual Abuse "preA" Claim, and I
also informed Him that I informed Him That I
informed Sgt. Atwand and the other Sgt that started
my preA investigation On 6-14-15 and Also the
nurses and Docter I seen I informed Also that I
wanted to speak to mental Health But yet I didn't
see Mental Health untill 2 week's after the incident, and
that the lady informed me that she got's 10 Bussiness
day's from the time she Received my letter to see me
But I told Sgt Apachy that the facility or Sgt Atwand,

(1)

Pg #2 of grievance

To: IGRC
Superintendent
Albany.

7-17-15

or Sgt Rosiano the 1st Black Sgt on Co-21-15 that I informed that I wanted to speak to mental Health or the nurses and Docter I spoke to should then informed mental Health that I wanted to speak to them But none Did Because it told me writeing to see mental Health. Also I foiled another Camera (S-252 which is the B2-Gallery in 10 Block Camera facing my cell which on 7-11-15 time approx 3:20pm threw 4:20pm shows C.O's cell searching my cell which Sgt Atwood was the Black Sgt at night, in which in the morning I talked to Sgt Apachy and informed him of the incident and of Sgt Atwood not Reporting my PREA incident to mental Health, in which Sgt Atwood sent the C.O's to search my cell in Retaliation of my grievance and in the cell search the only searched mostly my Items and Threw Some of my Items away the Highlighters, pen's, marker's, ect and did not write it down on my ContraBand Reciept. that is why those Camera's Were down due to equipment failure Because if they were not destroyed the video and microphonis will show and You will hear me and Sgt Gpachy's Conversations. and the Camera footage will show the Items the C.O's threw away and them searching my Cell. That's why I do not Believe the equipment malfunction and I Know the Camera's were destroyed, to not show my incident and proof of it. I feel Sgt Thom's is Being Bias and discriminating in who he wants to show the video footage to and what video footage to show. The Record Show that when Inmates want videos preserved that can get an employee of five point's in trouble the Camera's disappear But when it doesn't the Camera's

(2)

res #3 of grievance

To: IGRC
Superintendent
Albany

7-17-15

dont dissappear. why is that?

<u>Action Requested:</u> I want to Know Why were All the

Camera's and microphones I asked for down on 7-11-15
that I asked for in a foil request Vf-15-07-06?
Why were they down? from when were they down?
When was the work order put in to fix the
microphones and Cameras? and who put the work order
in? who fixed the camera's and microphones and
when were the Cameras fixed? and microphones fixed?
what was wrong with the equipment? I want to Know
How is it a Coincidence that All the cameras and
microphones I asked for that show a Sgt and c.o's in
the wrong down. who is in Charge of the foil officer
foil Request? I want the facility to check all camera's to
make Sure they are working. and I want to Know who
destroyed my evidence in the Camera footage I asked
for?

C.C. IGRC
Superintendent
Albany

Respectfully Submitted,
Denny De Jesus
10B2030
10B233T

FORM 2131 (REVERSE) (REV. 11/11)

## RESPONSE OF IGRC: FPT- 30543-15                              **August 17, 2015**

Grievant insists that facility video footage is not properly preserved and that he is being denied access to certain footage. In response, the Captain states that the CCTV equipment is outdated and that failures are out of the facility's control. The Captain further states that every effort is made to keep the system running. Given the Captain's response, the IGRC is unable to take any further action on this grievance.

**Grievance denied**

DATE RETUNED TO INMATE___8/20/15___    IGRC MEMBERS _____

CHAIRPERSON _____

RETURN WITHIN 7 CALENDAR DAYS AND CHECK APPROPRIATE BOXES.*

☐  I DISAGREE WITH IGRC RESPONSE AND WISH TO          ☐  I HAVE REVIEWED DEADLOCKED RESPONSES.

   APPEAL TO THE SUPERINTENDENT                              PASS THRU TO SUPERINTENDENT

☐  I AGREE WITH THE IGRC RESPONSE AND WISH TO          ☐  I APPEAL TO THE IGP SUPERVISOR FOR

   APPEAL TO THE SUPERINTENDENT                              REVIEW OF DISMISSAL

SIGNED_____

              GRIEVANT                                                   DATE

_____

         GRIEVANCE CLERK'S RECEIPT                                      DATE

_____

   TO BE COMPETED BE GRIEVANCE CLERK.

   GRIEVANCE APPEALED TO THE SUPERINTENDENT          _____

                                                                DATE

GRIEVANCE FORWARDED TO THE SUPERINTENDENT FOR ACTION          _____

*AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER DIRECTIVE #4040, SECTION 701.6(g)

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. FPT-30543-15 | | DATE FILED 7/28/15 |
|---|---|---|---|
| | FACILITY FIVE POINTS CORRECTIONAL FACILITY | | POLICY DESIGNATION I |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE NON-WORKING CAMERAS | | CLASS CODE 50 |
| SUPERINTENDENT RESPONSE | SUPERINTENDENT'S SIGNATURE | | DATE 9/11/15 |
| GRIEVANT: DEJESUS, Denny | | DIN # 10B2030 | HOUSING UNIT Marcy |

The investigation agrees with the IGRC response. The grievant provided no new documentation to support his appeal.

Grievance denied.

---

## APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

I am appealing Because I Disagree With IGRC and Superintendent Dicision, Because I was not given an IGRC Hearing or investigated in this matter, and is a Coincedence that all the camera's I asked for are down, and I feel they are Being Destroyed.

Denny DeJesus
_____
Grievant's Signature

9-20-15
_____
Date

_____
Grievance Clerk's Signature

_____
Date

FORM 2133A (Rev 2/89)

| | | Grievance Number<br>FPT-30543-15 | Desig./Code<br>I/50 | Date Filed<br>7/28/15 |
|---|---|---|---|---|
| NEW YORK STATE | Corrections and Community Supervision | Associated Cases | | Hearing Date<br>11/18/15 |
| ANDREW M. CUOMO<br>Governor | ANTHONY J. ANNUCCI<br>Acting Commissioner | Facility<br>Five Points Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | | Title of Grievance<br>Non-Working Cameras | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied.

CORC notes that the grievant's concerns regarding video equipment, FOIL requests and the facility IGP were addressed in its prior decision FPT-30464-15, dated 10/28/15. The system occasionally malfunctions preventing certain video recordings from being retrievable in the Loronix system, and the facility makes every effort to prevent equipment failures. Further, concerns regarding a cell search are addressed in FPT-30538-15, which is pending CORC disposition, grievances are processed in accordance with Directive #4040, and IGRC staff deny tampering with his complaints. CORC also notes that Office of Mental Health (OMH) referrals were submitted for the grievant on 6/14 and 6/15/15, and he was subsequently seen on 6/26/15.

CORC advises the grievant that he may initiate a Freedom of Information Law Request (FOIL) for consideration to obtain the document he is requesting in accordance with existing Facility procedures. In addition, CORC asserts that any person whose application to inspect or obtain a copy of a Department record has been denied in whole or in part (including deletions) may appeal the decision in accordance with Directive #2010.

CORC defers to Departmental Directive #4040, INMATE GRIEVANCE PROGRAM, § 701.3 (e) (1), which states, in part: ...An individual decision or disposition of any current or subsequent program or procedure having a written appeal mechanism which extends review to outside the facility shall be considered non-grievable. Consequently, the grievance program cannot be used as an additional or substitute appeal mechanism. Accordingly, CORC assumes no jurisdiction in this issue.

With respect to the grievant's appeal, CORC notes that the IGRC hearing for the instant complaint was conducted on 8/17/15. CORC has not been presented with sufficient evidence of malfeasance by staff notes that he has since been transferred. He is advised to address FOIL concerns to the FOIL Officer, grievance issues to the IGP Supervisor and OMH concerns to that agency.

JNA/
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

This document has been electronically signed by Jeffery A. Hale

Grievance

IGRC,                                                                    6-21-15

My Reason for writing this grievance is
Because it has Been over a week since I reported
an incident that occurred on 6-12-15, and I have
not seen mental Health yet, I'm pretty sure that
in my case of me Being Sexually Abused it
Should Be an emergency for me to See mental Health,
and I informed many doces employee's which when I was
first investigated Sgt. Alvord and Another Sgt. if I'm Correct,
I informed them that I wanted to Speak to mental
Health, And I was told that they dont think that
there is mental Health on the weekend But they will
check, So I was taken to infirmary and I talked to
A nurse that took my first Urine Sample with Blood
in it, and I Explained to the nurse what Happened and
told him that I wanted to See mental Health, then
On 6-15-15 I seen A Docter and a nurse that Seen
me and checked me in which the nurse was
A witness, But while they checked me I informed
the Docter and nurse that I wanted to Speak to
mental Health and the Docter Said I will See mental Health
very Soon and that there is the Best mental Health in the
Jail or Something like that, then I asked the nurse
was I gonna See mental Health today and She said no,
So I waited But not only did I write two times But
informed plenty of people, and Still have not Been Seen,
in my Case it's An emergency to See mental Health just
like medical, But I Seen medical Already, So why Cant
I See mental Health, I feel my Claim is not Being
properly taken By the steps of me Seeing mental Health, which
I talked to the Sgt of the Block earlier today and I explained
my situation and He Said He does not Know for sure But
thinks that I Should have Seen mental Health Already.

Page #2 of Grievance

6-24-15

now I Just Saw a packet from Prisons
Legal Services Regarding Sexual ABuse of
February 2015, And it says that treatment for
Sexual ABuse includes Ongoing medical and Mental
Health Care even if transfered to Another facility
and free of Cost and Docs must Provide <u>emergency</u>
and Ongoing medical and mental Health Care
free of Charge. Now in my Case its Been over
a week and still Have not Seen mental Health,
and emergency is fast within the first few days, So
Mental Health is not following procedure.


Action Requested: I Want to Know what is the policy
and procedure for me seeing mental Health in a Sexual
ABuse Claim? and why Haven't I Seen mental Health
Yet when I informed many Docs employees that I
Wanded to See mental Health and Should Have Seen
mental Health in an emergency like manner But its
Been over a week and still Have not Seen mental
Health (Why? I want the facility And Albany to Change
the routine that an inmate Should See mental Health
in a Sexual ABuse Claim and When He Request to See
mental Health, Because it Should not Be over a Week
or not even A Week.


C.C. my file                          Respectfully Submitted,
    IGRC                              Denny De Jesus
    Albany                            14B2030
    Superintendeat                    10-B2-33T

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>FPT-30420-15 | DATE FILED<br>6/25/15 |
|---|---|---|
| | FACILITY<br>Five Points | POLICY DESIGNATION |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>OMH | CLASS CODE<br>22 |
| SUPERINTENDENT | SUPERINTENDENT'S SIGNATURE | DATE 6/30/15 |

| GRIEVANT | DIN | HOUSING UNIT |
|---|---|---|
| DeJesus, D | 10B2030 | 10-B2-33T |

OMH is a separate entity, not under the jurisdiction of DOCCS. In accordance with directive #4040, 701.3 (e) & (f), your complaint is being forwarded to the OMH unit chief for whatever remedial action is deemed appropriate.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

GRIEVANT'S SIGNATURE                                           DATE

_____

GRIEVANCE CLERK'S SIGNATURE                                   DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

grievance

IGRC,                                                                    6-19-15

my Reason for writing this Grievance is Because
On 6-14-15 I went to infirmery Approx around 1:30 Am,
now once I got there I talked to the nurse that was
working that morning and informed Him of my incident, now
I informed Him that I pissed Blood, So He Gave me
a Cup to piss in, So Approx 1 Hour later I pissed in
the Cup in which I noticed that my urine was
light Red So I Knew I still had Blood in my urine,
I was urinating with Blood in my urine Since 6-13-2015
approx around 5:00 pm, now once I gave him the urine
He never Came Back, now the Same day But after I
went to sleep and woke up since it was Approx 2:30
in the morning I woke up and I Dont Remember the
Exact time But Some time in the morning I saw a
nurse and told and Asked Her if I Can Have Some Pain
medication, Because I had Pain and She asked me where
I Had Pain and I told her my private parts, So
She grabbed Some IBeprofen and gave it to me and said
I would see a Doctor Tommorow, which was 6-15-15.
So monday Came 6-15-15 in the morning approx 8-9Am
the nurse Came which I dont Know Her name But She
is older and Has a Big Lmp and She was a witness to
the Doctor Checking me But She Brung me a Cup and Said
She needed Another urine Sample So She gave me another
Cup to urinate in and Came Back in like 45 minutes,
to get the urine, then approx around 11:00 Am, the Doctor
And that Same nurse Came to Check my Vital Signs and
then the Doctor talked to me and Asked what Happened in
which I told her, then She Checked me to See if I was
Still Bruised or Swollen, and I asked Her if there was any
Blood in the Second urine Sample I gave the nurse And She
Said there was A little Bit of Blood, now the Doctor told
me that I will Be Seeing mental Health Soon when I asked

Page #2 of grievance

6-19-15

Her and then she left. now approx at 12:15pm, on 6-15-15 I got approved to Return Back to the Block the C.O came and told me that I'm Waiting for an escort. The same nurse that took my urine and was a witness to the Docter checking me came to see me Before I left to give me some medications, and I asked her if there was Any Blood in the urine I gave her and she told me yes a little Bit. Now I went to Sick Call Thursday morning 6-18-15 Because I needed some plain medications, now the nurse gave me the medication and I asked her if the Results came Back of the urine I gave the infirmary, she looked and told me the urine I gave them on 6-15-15 had no Blood in it, But yet the Docter and nurse told me there was, Also I asked the Sick Call nurse if it was on file of the urine I gave them when I first elloured at infirmary, on 6-14-15, and she told me that she did not find nothing stating that they took my urine on Sunday 6-14-15 or if there was Blood in it. Now on 6-18-15 Thursday I was taken to infirmary to give a urine sample to test, now By the nurse telling me that it was not on file I started to Refuse to give my urine to get tested Because I felt that there was some foul play going on, But that same nurse I seen at Sick Call walked in when I was Refusing and said that she found what I asked for, that it did Say in my file that the urine I gave Sunday morning 6-14-15 did in fact Have Blood in my urine. I understand the nurse made a mistake But I need to Know for sure.

Action Requested: First I want to Know the name of the nurse I seen on 6-14-15 when I first Aloured at infirmary and the nurse that got my seine of me and the Docter that

page #3 of grievance

6-19-15

Checked me and tole me that there was Blood in the second urine I gave them on 6-15-15, Also I want to know all name's involked in my stay at infirmary that saw me, took my urine, checked me ect, Also I want to know why did the Docter and nurse say that there was a little Blood in the urine I gave them on 6-15-15 But yet upon knowledge and Belief it say's that there was no Blood in my urine on my medical files? why? I want a copy of my medical file Records from the date of 6-12-15 - 6-19-15. I Also want to know if the urine that I gave on 6-14-15, if it had Blood in it, if yes how much and what was the lab Results of all the urine I gave, on 6-14-15, 6-15-15, and 6-18-15.

C.C. my file
    Albeny
    Superintendent
    IGRC

Respectfully submitted,
Denny De Jesus
10B2030
10-B2-33T

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>FPT-30454-15 | | DATE FILED<br>7/2/15 |
|---|---|---|---|
| | FACILITY<br>Five Points | | POLICY DESIGNATION |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>OMH | | CLASS CODE<br>50 |
| SUPERINTENDENT | SUPERINTENDENT'S SIGNATURE | | DATE |
| GRIEVANT | | DIN | HOUSING UNIT |
| DeJesus, D | | 10B2030 | 10-B2-33T |

OMH is a separate entity, not under the jurisdiction of DOCCS. In accordance with directive #4040, 701.3 (e) & (f), your complaint is being forwarded to the OMH unit chief for whatever remedial action is deemed appropriate.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| GRIEVANT'S SIGNATURE | DATE |
|---|---|

| GRIEVANCE CLERK'S SIGNATURE | DATE |
|---|---|

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (02/15)

Attached paper —

Defendants - Anthony Annucci, Carl Koenigsmann, Karen Bellamy, Jeffery A. Hale, John Doe Superintendent at Five Points, M. Thomis, John Doe mental Health unit chief, Mandi Schultz, Sgt. Atwood, Sgt. Apachy, C.O. McCargon, C.O. John Doe.

Related Cases: Western District of New York was filed on 2-8-13 and I am awaiting Trial which the date is 10-31-16.

JS 4 (Rev. 12/12)

**CIVIL COVER SHEET** 16 CV 6470 EAW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and/service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Denny De Jesús 10B2030

**(b)** County of Residence of First Listed Plaintiff   Oneida
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Denny De Jesús 10B2030 - Pro-Se

## DEFENDANTS

See Attached Paper →

County of Residence of First Listed Defendant   Seneca
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
Plaintiff
- ☒ 3   Federal Question
*(U.S. Government Not a Party)*
- ☐ 2   U.S. Government
Defendant
- ☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☒ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original
Proceeding
- ☐ 2 Removed from
State Court
- ☐ 3 Remanded from
Appellate Court
- ☐ 4 Reinstated or
Reopened
- ☐ 5 Transferred from
Another District
*(specify)*
- ☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983 Civil Rights Action.
Brief description of cause

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P

DEMAND $
1,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE Hon.Elizabeth Wolford   DOCKET NUMBER 6:13-CV-dadb6-EAW-SWF

DATE
8-20-16

SIGNATURE OF ATTORNEY OF RECORD
Denny De Jesús 10B2030   Pro-Se

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE



Devon De Jesus 10B0230
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403

legal
Mail

Clerks office
United States District Court
2120 U.S. Court House
100 State Street
Rochester, NY 14614-1333