Clerk's office,

Case # 6:16-CV-06470-EAW

9-15-16

FILED SEP 19 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Hi I am writing because I just recieved the summons blank and marshall forms, but my proceed in forma pauperis is not granted yet so I want to know do I file them out and send them in to you, or do I wait untill my in forma pauperis is granted and you tell me to do it like I was told in my first lawsuit or do I file it out now and send it to you with the complaints? Also Here is 3 different monthly statements of mines to show my money balance for the last 3 months if that can help to grant me in forma pauperis.

P.S. You only sent me one U.S. marshall form that has the 5 copies, the other 11 because I have 12 defendants is just a copy of the first page is that good?

Respectfully Submitted,
Denny DeJesus
10B2030

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    MARCY CORRECTIONAL FACILITY
                         INMATE STATEMENT FOR THE PERIOD 07/01/16 THRU 07/29/16
*************************************************************************************
**                                                                                 **
**   NAME:DEJESUS DENNY         DEPT ID:10B2030   CELL LOC:0D-02-26B  NYSID:02555533N **
**                                                                                 **
*************************************************************************************

FACILITY  DATE       --- TRANSACTION ---        TR-NUM    RECEIPT(+) DISBURS(-) COLLECTED AMT  STATEWIDE   STATEWIDE
                         (COMMENTS)                                                            SPENDABLE   ACCT BAL
                     STARTING BALANCE AT MARCY
                     BALANCE FORWARD                                                 .00          12.01      12.01

MARCY     07/07/16  PAYROLL RCPT                525402       3.87                                15.88      15.88
MARCY     07/07/16  PAYROLL RCPT                606231       2.37                                18.25      18.25
MARCY     07/08/16  COMM BUY                                            8.24                     10.01      10.01
MARCY     07/14/16  PAYROLL RCPT                525402       3.10                                13.11      13.11
MARCY     07/14/16  PAYROLL RCPT                606231       1.90                                15.01      15.01
MARCY     07/20/16  MAIL RECEIPT                F781092     20.00                                35.01      35.01
MARCY     07/21/16  COMM BUY                                           14.82                     20.19      20.19
MARCY     07/21/16  COPIES   (LEGAL COPIES )                            1.15                     19.04      19.04
MARCY     07/21/16  PAYROLL RCPT                525402       3.87                                22.91      22.91
MARCY     07/21/16  PAYROLL RCPT                606231       2.37                                25.28      25.28
MARCY     07/28/16  PAYROLL RCPT                525402       3.87                                29.15      29.15
MARCY     07/28/16  PAYROLL RCPT                606231       2.37                                31.52      31.52

                    MONTHLY ENDING TOTALS                   43.72      24.21         .00         31.52      31.52

                    ENDING BALANCE AT MARCY                                                                 31.52

          20% OF AVERAGE 6 MO SPENDABLE BALANCE              3.10   20% OF AVERAGE 6 MO DEPOSIT AMT         12.38

          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     6.48
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

*  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    MARCY CORRECTIONAL FACILITY
                         INMATE STATEMENT FOR THE PERIOD 06/01/16 THRU 06/30/16
***********************************************************************************
**                                                                                **
**  NAME:DEJESUS DENNY        DEPT ID:10B2030   CELL LOC:0D-02-34B  NYSID:02555533N **
**                                                                                **
***********************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT MARCY |  |  |  |  | 4.43 | 4.43 |
|  |  | BALANCE FORWARD |  |  |  | .00 | 4.43 | 4.43 |
| MARCY | 06/01/16 | MAIL RECEIPT | F779949 | 28.00 |  | .00 | 32.43 | 32.43 |
| MARCY | 06/01/16 | OUT PUR (FIVE POINTS CF ) |  |  | 2.00 | .00 | 30.43 | 30.43 |
| MARCY | 06/02/16 | PAYROLL RCPT | 117231 | 2.37 |  | .00 | 32.80 | 32.80 |
| MARCY | 06/02/16 | PAYROLL RCPT | 513402 | 3.62 |  | .00 | 36.42 | 36.42 |
| MARCY | 06/08/16 | STRT ADV-MED C ( $1.50) |  |  |  | .00 | 36.42 | 36.42 |
| MARCY | 06/09/16 | PAYROLL RCPT | 513402 | 2.90 |  | 1.50 | 37.82 | 39.32 |
| MARCY | 06/09/16 | PAYROLL RCPT | 606231 | 2.37 |  | .00 | 40.19 | 41.69 |
| MARCY | 06/09/16 | PAY ADV-MED C(2016-06-08) | PAYROLL |  | 1.50 | 1.50- | 40.19 | 40.19 |
| MARCY | 06/13/16 | COMM BUY |  |  | 35.52 |  | 4.67 | 4.67 |
| MARCY | 06/16/16 | PAYROLL RCPT | 513402 | 3.62 |  | .00 | 8.29 | 8.29 |
| MARCY | 06/16/16 | PAYROLL RCPT | 606231 | 2.37 |  | .00 | 10.66 | 10.66 |
| MARCY | 06/23/16 | COMM BUY |  |  | 10.62 | .00 | .04 | .04 |
| MARCY | 06/23/16 | PAYROLL RCPT | 525402 | 3.87 |  | .00 | 3.91 | 3.91 |
| MARCY | 06/23/16 | PAYROLL RCPT | 606231 | 2.37 |  | .00 | 6.28 | 6.28 |
| MARCY | 06/28/16 | POSTAGE |  |  | .51 | .00 | 5.77 | 5.77 |
| MARCY | 06/30/16 | PAYROLL RCPT | 525402 | 3.87 |  | .00 | 9.64 | 9.64 |
| MARCY | 06/30/16 | PAYROLL RCPT | 606231 | 2.37 |  | .00 | 12.01 | 12.01 |
|  |  | MONTHLY ENDING TOTALS |  | 57.73 | 50.15 | .00 | 12.01 | 12.01 |

ENDING BALANCE AT MARCY

20% OF AVERAGE 6 MO SPENDABLE BALANCE    2.36    20% OF AVERAGE 6 MO DEPOSIT AMT    13.26

LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    6.48
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                    MARCY CORRECTIONAL FACILITY
         INMATE STATEMENT FOR THE PERIOD 04/30/16 THRU 05/31/16
****************************************************************************
*  NAME:DEJESUS DENNY        DEPT ID:10B2030   CELL LOC:0D-02-34B  NYSID:02555533N  *
****************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT MARCY BALANCE FORWARD | | | | .00 | 6.07 | 6.07 |
| MARCY | 05/05/16 | PAYROLL RCPT | 117231 | 2.37 | | .00 | 8.44 | 8.44 |
| MARCY | 05/05/16 | PAYROLL RCPT | 513402 | 3.62 | | .00 | 12.06 | 12.06 |
| MARCY | 05/11/16 | MAIL RECEIPT | F779613 | 40.00 | | .00 | 52.06 | 52.06 |
| MARCY | 05/12/16 | COMM BUY | | | 11.86 | .00 | 40.20 | 40.20 |
| MARCY | 05/12/16 | PAYROLL RCPT | 117231 | 2.37 | | .00 | 42.57 | 42.57 |
| MARCY | 05/12/16 | PAYROLL RCPT | 513402 | 3.62 | | .00 | 46.19 | 46.19 |
| MARCY | 05/19/16 | PAYROLL RCPT | 117231 | 2.37 | | .00 | 48.56 | 48.56 |
| MARCY | 05/19/16 | PAYROLL RCPT | 513402 | 3.62 | | .00 | 52.18 | 52.18 |
| MARCY | 05/26/16 | COMM BUY | | | 49.74 | .00 | 2.44 | 2.44 |
| MARCY | 05/26/16 | PAYROLL RCPT | 117231 | 2.37 | | .00 | 4.81 | 4.81 |
| MARCY | 05/26/16 | PAYROLL RCPT | 513402 | 3.62 | | .00 | 8.43 | 8.43 |
| MARCY | 05/27/16 | OUT PUR (FIVE POINTS CF) | | | 4.00 | .00 | 4.43 | 4.43 |
| | | MONTHLY ENDING TOTALS | | 63.96 | 65.60 | .00 | 4.43 | 4.43 |

ENDING BALANCE AT MARCY

20% OF AVERAGE 6 MO SPENDABLE BALANCE   2.80   20% OF AVERAGE 6 MO DEPOSIT AMT   12.85

LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED - 6.48
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

Denny De Jesus  16B2036
Marcy Correctional facility
Box 3600
Marcy, NY 13403-3600

legal
mail

SYRACUSE
NY 130
13 SEP '16
PM 4 L

Clerks office
2120 United States Court House
100 State Street
Rochester, NY 14614-1387

14614-131745