Clerks office,

Hi I am writing Because I wrote two time's Already
puting your office on notice on my address change and I
have Recieved no Response. Also I write to Recieve A Civil
Docket Sheet print out Docket # - 6:16-CV-06470-EAW,
Also my new address is

UpState Corr Facility
P.O. Box 2001
Malone, Ny  12953

☆ Hope to Hear Back Soon, please
inform me the Stats on my informs Paupris
motion? Thank you for your time And Patience.



Respectfully Submitted,
Denny De Jesus
16B2030

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Danny De Jesus

DIN: 10 B2030

JUN - 1 2017

legal
mail!

Upstate
Correctional Facility
neopost
05/30/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 12953
041L11251145

Clerks office
U.S. District Court
United States Court House
Rochester, NY  14614-1387