

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

June 5, 2018

Hon. Elizabeth A. Wolford
District Court Judge
100 State Street
Rochester, New York 14614

      RE:    Denny DeJesus, 10-B-2030 v. Annucci, et al.; 16-CV-6470

Dear Hon. Wolford:

      I am writing per the Court's <u>Valentin</u> order in the above-referenced matter. I do not, at this time, represent any party in this case. I was ordered to help identify the corrections officer Plaintiff alleges pat frisked him on the way to the law library on June 12, 2015 at Five Points CF. I have contacted the facility and they have no records of an incident occurring on that date; there is no Use of Force or Unusual Incident report for that date involving this inmate. If Plaintiff could provide a physical description of the officer it may help identify the correct party. In the interests of full disclosure, the facility does have records of an incident involving this inmate which occurred on June 11, 2015, however, that incident bears no resemblance to the allegations of the Complaint, and involves contraband found during a cell search.

      Very truly yours,

      HILLEL DEUTSCH
      Assistant Attorney General

HD:sh

Cc:    Clerk
       Denny DeJesus, 10-B-2030