UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**DENNY DEJESUS, 10-B-2030**

        Plaintiffs,      **ANSWER**

   -vs-            **16-CV-6470**

**CORRECTIONS OFFICER MALLOY**

         Defendant.

_____

   Defendant, by his attorney Letitia James, Attorney General of the State of New York, Hillel Deutsch, Assistant Attorney General, of counsel, as and for an Answer to the Second Amended Complaint filed in the above matter:

   1.  Denies the allegations of the Complaint which allege in any manner that their actions resulted in a deprivation of the Plaintiffs' constitutional rights.

   2.  Denies the commission or awareness of, or responsibility for, any acts of omission or commission relative to Plaintiffs' allegations constituting a violation of any rule, regulation, directive, policy, or statute of the State of New York, or the United States, or the Constitution of either, which would confer jurisdiction upon this Court pursuant to 28 U.S.C. §§1331 and 1343.

   3.  Denies Plaintiff has alleged facts, actions, occurrences, or omissions sufficient to establish a claim for equitable or monetary relief, or a cause of action against him pursuant to 42 U.S.C. §1983.

   4.  Denies the allegations of paragraph 7 of the Second Amended Complaint.

5. Has insufficient information to admit or deny the allegations of paragraphs 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15 and 16 of the Second Amended Complaint.

6. States that the paragraphs 1 and 2 of the Second Amended Complaint contain legal conclusions to which no response is needed.

7. Denies each and every other allegation not heretofore admitted, denied, or otherwise controverted.

**AS AND FOR A FIRST, SEPARATE AND
COMPLETE AFFIRMATIVE DEFENSE,
DEFENDANT ALLEGES:**

8. The Complaint fails, in whole or in part, to state a claim upon which relief can be granted against it.

**AS AND FOR A SECOND, SEPARATE AND
COMPLETE AFFIRMATIVE DEFENSE,
DEFENDANT ALLEGES:**

9. This action is barred, in whole or in part, by collateral estoppel or res judicata.

**AS AND FOR A THIRD, SEPARATE AND
COMPLETE AFFIRMATIVE DEFENSE,
DEFENDANT ALLEGES:**

10. The Defendant, at all times relevant hereto, acted without malice and under the reasonable belief that his actions were proper and in accordance with existing law and did not violate any of the Plaintiffs' rights.

11. Consequently, the Defendant is entitled to qualified immunity.

### AS AND FOR A FOURTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

12. That this action is barred, in whole or in part, by the Eleventh Amendment to the United States Constitution.

### AS AND FOR A FIFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

13. Plaintiff has failed to exhaust administrative remedies as to some or all of the allegation of the Complaint.

### AS AND FOR A SIXTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

14. The doctrine of *respondeat superior* does not apply in actions brought pursuant to 42 U.S.C. §1983, and bars relief to the Plaintiff.

### AS AND FOR A SEVENTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, DEFENDANT ALLEGES:

15. Plaintiff has failed to request any appropriate or cognizable form of relief.

WHEREFORE, Defendant prays that judgment be entered dismissing the Second Amended Complaint in all respects and that Defendant be awarded reasonable costs and attorneys' fees and for such other and further relief as may be just, proper, and equitable.

Dated: April 11, 2019
       Rochester, New York

                      LETITIA JAMES
                      Attorney General of the State of New York
                      Attorney for Served Defendants

                      s/ Hillel Deutsch
                      HILLEL DEUTSCH
                      Assistant Attorney General of Counsel
                      NYS Office of the Attorney General
                      144 Exchange Boulevard, Suite 200
                      Rochester, New York 14614
                      Telephone: (585) 546-7430
                      hillel.deutsch@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on April 11, 2019, I electronically filed the foregoing Answer to Complaint on behalf of Served Defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. n/a

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. Denny DeJesus, 10B2030
   Southport Correctional Facility
   236 Bob Masia Dr
   P.O. Box 2000
   Pine City, NY 14871-2000

                                              LETITIA JAMES
                                              Attorney General of the State of New York
                                              Attorney for Served Defendants

                                              s/ Hillel Deutsch
                                              HILLEL DEUTSCH
                                              Assistant Attorney General of Counsel
                                              NYS Office of the Attorney General
                                              144 Exchange Boulevard, Suite 200
                                              Rochester, New York 14614
                                              Telephone: (585) 546-7430
                                              hillel.deutsch@ag.ny.gov