In the United States District Court
for the Western District

Denny De Jesus, #10B2030-pro-se,
                    plaintiff

                    V

R. malloy, Correctional
officer.
                    Defendant.

MAR 2 RECD

motion for
An order
Compelling
Discovery
16-CU-6470

Plaintiff moves this Court for an order pursuant
to Rule 37(a) of the federal Rules of Civil procedures
Compelling Defendant, R. malloy, Correctional officer
to produce for inspection and Copying the following
documents:

#1 The plaintiff Ask for Copy's of The OSI file
that he was only Able to View, plaintiff Seek's
Copy's of the Complete OSI file Case # SCU/15/0459.
The Defendant's Had to 2-7-2020 to Reply to my
initial motion, But Defendant never Responded And
I need those Documents, to properly fight my Case
Against Dispositive motion And Trial.

(1)

#2, plaintiff Seeks Copy of Call-out Sheet
for law library on 6-12-2015 during mod-2,
plaintiff initially asked for this Document on
12-9-2019 in A Request for production of Documents
motion, in which the Defendants said that Doccs
Does not Allow inmates to possess pictures or names
of other inmates, But in this Case Since the inmate
will Be A potential witness in my Case, if the
Court doesn't give the plaintiff to possess and
View the pictures and name like I was Able
to view The OSI file, which I would prefer,
Because it wont Be in my possision, But
ill at least See the pictures to make sure
I have the Right inmate And Remember His
name to Be A potential witness at trial.
if that is not possible I Ask the court to
do A in Camera View of the pictures of
All the inmates at law library the day said,
And give the plaintiff the name of the inmate
the plaintiff Seeks, His Discription is He
is Calcasian, older, long white Beard And
looks like SantA Claus But that Was in 2015,
He has Also Been in prison for approx over 20
years, if he is not on A Regular Call-out he Should
Be on Special access on the Bottom of Callout.

(2)

#3. plaintiff Asked Defendant for A Copy of All Complaints, grievances and investigations filed Against Him By other inmates Pertaining to Sexual Assault, Assault, Harrassment and Use of force While employed By Doccs on 1-11-2020. plaintiff needs these Documents to Help Him Argue Dispositive motion And at trial, So the plaintiff Can Show that the Defendant Has Violated other inmate's Rights and to Show plaintiff is not the only inmate the Defendant Violated.

#4. plaintiff Asked Defendant for A Copy of the Case name's Docter Dinello Testifyed in as An expert Witness on Behalf of Doccs, As it is my Right To Know the Cases the Defendant's expert Witness Testifyed in.

#5. plaintiff Asked Defendant for A Copy of His expert Witness Testimony in the 12 Civil Cases he testified in on Behalf of Doccs on 1-11-2020 and has not Recieved no Documents or Heard Back from the Defendants, And plaintiff needs the Copy's to See and understand what Dr. Dinello Testified about in those Cases.

(3)

#6. Plaintiff Asked Defendant for A Copy of His expert witness Cross examination Testimony in the 12 Civil Cases he was an expert witness for Doccs on 1-11-2020 and has not Recieved Said Documents or Heard Back from the Defendants. Plaintiff Asks for These Documents to Help Him Show at Dispositive motion and trial that the expert witness the Defendant Has, Has Been Caught in Contladicting Statements and or Caught lieing, As A expert witness for Doccs.

#7 Plaintiff Asked Defendant for A Copy of Docter Dinello's qualification, Reports and His Opinion on the 12 Cases he Testified in for Doccs on 1-11-2020, And Defendant has not Sent Said Documents or Heard Back from the Defendants. Plaintiff Asks for these Documents to Help Him Show at Dispositive motion and trial that The Opinion's the Defendants expert witness gave in the 12 Civil Cases he Testified in were not Based on facts, And His Testimony was Based on Trying to Help Docc's Win the Civil Case no matter what was needed to Be Said.

(4)

#8 plaintiff Asked Defendant on 1-11-2020 in A
production of Documents motion for the name
and position of the medical staff member at
five points that Seen the plaintiff at Sick Call
on 6-18-15 at 5:30Am and wrote the progress
note in plaintiffs medical Records. plaintiff
needs the name/position of that staff member
Because plaintiff will ~~will~~ use that Staff
member in question at trial and mayBe
in Dispositive Motion Because in my medical
file this Staff member wrote in my medical
file my Testicals were Swollen, which Contradicts
what the Defendant is Stateing, That I had
no Swellen of the Testicals.

#9. plaintiff Asked Defendant on 1-11-2020 in A
production of Documents motion for A Copy of
all Complaints, grievances and investigations
on Docter Dinello while employeed for Doccs,
for medical neglect, Wrong diagnosis, failure
to Treat, and Any Treat ment issues By
DR. Dinello. plaintiff needs these documents
to Show that DR. Dinello Has A Consistant
issue with Treating Inmates And giveing wrong

Con #9. diagnosis on inmate's Treatments or medical
        Issues.

        plaintiff Submitted a written Request for these
        documents, pursuant to Rule 34 of the federal
        Rules of Civil procedure on 12-9-2019, And 1-11-2020
        But have not yet Recieved the documents.

   Dated: 2-27-2020

                                    Respectfully Submitted,
                                    Denny De Jesus
                                    10B2630
   C.C. AAG                         At Elmira Corr facility
      Clerks office

                         Denny De Jesus

                              (6)

Hon. Marian W. Payson,                                              2-27-20

Hi. I am writeing this letter, Because to
the opposition to plaintiffs motion Regarding
expert witness, it was not put if I can Reply
to Defendant opposition So I'm writeing you
A letter instead of A motion. ok what the
Defendant's Are claiming in there motion is
either false, or my words were Taken out
of context, let me explain, ok in # 4
of Defendants motion, it says I never Recieved
Emergancy sick call, But I wrote to them explaining
that I did not feel comfortaBle Talking to
them At sick call Because and officer will
Hear every thing and I feared Retaliation, And
to Request sick call I must inform A officer
why I want sick call "emergancy", And like
I said I feared Retaliation, And I was TAken
to medical Saterday night / Sunday early morning.
Also #4 state's no Swelling on my Recorde's
which is false, look At the exhibits I enclosed,
I wanted to save this prove for Dispositive
motions, But I need An expert So, Here I
Show you, that not only did the docter I
Seen on 6-15-2015 put on my medical file

(1)

"Swollen of Testical's noted", Which means
She noted my Testicals Were Swollen, But
my other medical document enclosed States
"provider found to Have Swellen", But it fully
States, "Was evaluated on 6/15/15 for this
Claimed incident by A provider—found to Have
Swelling, Which the Document By Dr. Belgard
is the one that evaluated me on 6/15/15
as you See the document, Both Documents Say
my Testical's Were Swollen. On Another note, the
Defendant might Have Been cleared By Docs
of any wrong doing As Defendant says
in #6, But As you Know from the Begining
my incident Was Covered up, And Said that
I Was never even pat-frisked even After I
Put in my appeal to the Superintendent the
exact Camera angle And foil number to view
the footage and my discription, But Was Still
Covered up, even after plantiff Asked AAG
Hillel to View Camera my mother Sent, it wasn't
untill plaintiff wrote to the Judges ChamBers
Breaking every thing Down, And to View the Video,
then the AAG Said, the facility said that the
Footage they had Was not the Same the facility
Recieved from my mother. Also

(2)

I feel my words are Being Taken out
of Context, I did state that if no expert
agrees with my injurys that I Wont have him
As A Witness, But it's Common Sense your Honor,
Would the AAG put Someone on the Stand or
to Be An expert if they will Contradict what
the AAG is Stateing? of Course not, So Why
Would I put Someone that will not Help my
Case? and Also I Stated if none Agree with
me then there will Be no point to Have
them at trial if they will Hurt me. Also one more
point, if A expert is Appointed for me, I would
not under no Cercumstancis want A Docis
employee or past employee for I feel Doccs
employee All work together And will not feel
Comfortable Haveing A Docs As A expot
Witress, if one is appointed and is not A Doccs
employee or Has Been A Doccs employee in the
past, ill except Any expert witness no matter
what the Opinion is of my injury Because I
know for 100% Fact my incident And injury Happened
Because of Defendant R.Malloy.

Respectfully Submitted,
Denny De Jesus
16B2030

Date- 2.27.2020
C.C. Clerk
AAG                    (3)

FORM 3105A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name DeJesus, Denny | DIN 10B2030 | Date of Birth 11/24/1988 | Facility Name FPCF |
|---|---|---|---|

**Subjective:** si esteem requesting ibuprofen for continued pain in bilateral testicles.

**Objective:** states he was inappropriately pat frisked on 6/13/15, was evaluated

Last Name DeJesus, Denny
DIN 10B2030   Location 10-B2-33T
Date 6/18/15   Time 530 AM
Provider Orders:

**Assessment:** 6/15/15 for this claimed incident by a provider - fnd found to have swelling. urine dip ⊕ for blood 6/14/15 at 3AM. HCW

**Plan:** f/u U/A crs today. ibuprofen dispensed per request. chart to provider to notify of continued testicular pain

Signature/Provider # _____ konw _____   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:**

Last Name DeJesus
DIN 10B2030   Location 10B233T
Date 6/18/15   Time 1240 p
Provider Orders:

US testicles requested

**Objective:**

**Assessment:**

**Plan:**

Signature/Provider # _____   RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** sick no show per security

Last Name DeJesus, Denny
DIN 10B2030   Location 10-B2-33T
Date 6/22/15   Time 530 AM
Provider Orders:

**Objective:**

**Assessment:**

**Plan:** f/u sk PRN

Signature/Provider # _____ Kirch _____   RN Transcribing Order/Provider #/Date/Time _____

Continue entry into next box if necessary.

FORM #3178 (7/02)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
Division of Health Services

# PROGRESS NOTES
(To be used by all Health Providers)

Patient's Name: De Jesus, Denny

DIN#: 10B2030

Facility:

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink)   Complete with Signature/Credentials   Do Not Leave Blank Lines Between Entries | Provider ID# |
|------|------|------|------|
| | 0700 | Admitted Infirmary 6/14/15 p̄ c/o being "touched" - c/o urinary pint bleedy, testicular pain — Dr Dwillscolical, pass & admitted to Infirmary. See MR notes. Patient call to medical when dip done again - cl. yellow urine c/o testicular pain that is constant Ø △ in pain c̄ urination urine N+ Neg for all except "trace for Bld. ↓Denny | |
| 6/15/15 | 11:15 Physician | Inmate seen c̄ nurse. Claims on Friday ~ 1300 he was going to law library, and during pat search an officer reached into his briefs, and forcefully squeezed his testicles & penis. He states after this, he had "testicular swelling", redness and pain. He also states he had gross hematuria. This has resolved. But UA was ⊕ blood. Pain has ↓↓. (S) AOx3, NAD. no redness/swelling of testicles noted uncircumcised ♀ - no lesions/redness urethral meatus wnl. No blood/discharge. | |

(left margin vertical text: Provider Note #3)



---

**INFIRMARY PHYSICIAN NOTE REQUIREMENTS**
**New Admission** - 1st two weeks, 3 notes/week
**Continuing** - 1/week or more frequently as indicated by Plan of Care

**RMU - PHYSICIAN NOTE REQUIREMENTS**
**Ill Patients** - As needed based on clinical judgement
**Routine Patient Encounters** - Minimum 1/week or more frequently as indicated by Plan of Care

**ANCILLARY SERVICES (DOCS STAFF)**
(Psychologists, physical therapists, speech pathologists, occupational therapists, clinical nutrition staff, etc.)  Whenever a range of services are provided on a routine basis (single visits done on Consultation Rpt.)

**INFIRMARY NURSING NOTE REQUIREMENTS**
**New Admission** - Once per shift for first 48 hours
**Seriously ill** - Once per shift
**Chronically ill** - Once per 24 hours

**RMU NURSING NOTE REQUIREMENTS**
**New Admission** - Once per shift for first 48 hours
**Critically ill** - Once per shift, more frequently as condition warrants
**Chronically ill** - Every shift by Nurse in Charge to document findings of Nurse's Health Care Assistant (HCA), by HCA when vital signs taken, Monthly by Primary Care Nurse including complete assessment, Periodically to document encounters, i.e. changes in patient status, PRN medication administration including reason and reaction, refusal of treatment and visitors.

## PROGRESS NOTES
### (To be used by all Health Providers)

Patient's Name: _DeJesus, Denny_

DIN# _____   Facility _____

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink)   Complete with Signature/Credentials   Do Not Leave Blank Lines Between Entries | Provider ID# |
|---|---|---|---|
| | | A/P   Alleged sexual assault (multiple for this inmate) genital exam unremarkable. To be evaluated by psych. Send LA/CNs. repeat VA 3 mos. | |
| | | *(signature)* | |
| | | Discharge Well — Will to schedule Seen major febr for Bur + will get some *(illegible)* Denny | |

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: _Denny De Jesus_   DIN: _LDB2230_

ELMIRA

CORRECTIONAL
FACILITY

legal
mail

MAIL
2 REC'D

14614#99960  0002

Elmira

neopost
02/28/2020
**US POSTAGE** $000.65⁰

FIRST-CLASS MAIL

ZIP 14901
041L11251115

Correctional Facility

Clerks office
U.S. District Court
United States Courthouse
Rochester, NY 14614-1387

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _Denny De Jesus_   DIN: _10B2030_

legal mail!

♻ Printed on Recycled Paper